UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAKE SHACK, INC.,<br><br>　　　　　Defendant. | Case No.  20-cv-01856-VC<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 30 |

　　Because this is a proposed class action, Alcazar may not simply dismiss his suit; he must seek leave to do so. *See* Standing Order for Civil Cases ¶ 48. The case management conference is continued to November 24, 2020. It will be vacated if the Court has granted a request for dismissal by that time.

**IT IS SO ORDERED.**

Dated: October 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge