UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR,<br><br>        Plaintiff,<br><br>    v.<br><br>SHAKE SHACK, INC.,<br><br>        Defendant. | Case No. 20-cv-01856-VC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL**<br><br>Re: Dkt. No. 34 |

The parties' stipulated request for dismissal is granted. Alcazar's individual claims are dismissed with prejudice. The pending class claims are dismissed without prejudice. Notice for absent class members is not required.

**IT IS SO ORDERED.**

Dated: November 24, 2020

_____
VINCE CHHABRIA
United States District Judge